# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

v.

AARON L. STRUTH

Case Number: _____

**WARRANT FOR ARREST**

1-06-70183 NJV

filed 3/16/06

ORIGINAL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: AARON L. STRUTH
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Distribute Psilocybin

RECEIVED
UNITED ST...
'06 MAR 15 ...
DISTRI...

in violation of Title  21  United States Code, Section(s) 846, 841(a)(1)

BROOKE C. WELLS
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer: /s/ Brooke C. Wells

3/14/06     SLC, Utah
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |

STEPHEN J. SORENSON, United States Attorney (#3049)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 S. State St., #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | C O M P L A I N T |
| Plaintiff, | : | W-06-96M |
| vs. | : | VIO. 21 U.S.C. § 841(a)(1) |
| AARON L. STRUTH and AMMON R. WILKINSON, | : | CONSPIRACY TO DISTRIBUTE PSILOCYBIN |
| Defendants. | : | |
| | : | |

Before a United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**

Beginning on a date unknown but at least by February 14, 2006, and continuing to at least March 3, 2006, in the Central Division of the District of Utah and elsewhere,

AARON L. STRUTH and AMMON R. WILKINSON,

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and/or with other persons known and unknown, to commit the following offense against the United States of America:

a. To distribute psilocybin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and to aid and abet therein, in violation of 21 U.S.C. § 841 and/or and 18 U.S.C. § 2; all in violation of 21 U.S.C. § 846 and punishable under 21 U.S.C. § 841(b)(1)(B).

Complainant states that this complaint is based on information obtained through investigation consisting of the following:

1. I am a Special Agent assigned to the Department of Homeland Security, Immigration & Customs Enforcement, Provo, Utah office. I have been employed as a special agent since January 1999 and am currently assigned to the Utah County Major Crimes Task Force ("UCMC"). The information set forth in this Affidavit is based either upon my personal knowledge and/or information provided to me by other law enforcement officers working on this case.

2. On or about February 15, 2006, I was informed by Detective Troy Beebe of UCMC that an individual by the name of Taran Newson had been arrested on February 14, 2006, in Utah County. Newson was in possession of 100 caramels which contained pieces of psilocybin mushrooms. Newson had been arrested after he sold six psilocybin caramels to Undercover Detective Kogianes, who is assigned to UCMC. After Newson was arrested and advised

of his Miranda Rights, he agreed to allow UCMC detectives to search his residence. Seized in his residence was another 94 caramels. Newson agreed to assist UCMC in doing a controlled buy of more psilocybin mushroom caramels from his supplier.

3. On February 16, 2006, Newson contacted his supplier to talk about purchasing 100 more psilocybin caramels. A deal was set up, but on on February 21, 2006, prior to the deal, Newson absconded. The supplier was located and questioned about the selling of psilocybin caramels. The supplier agreed to cooperate in this investigation and is hereinto referred to as the confidential informant ("CI").

4. The CI told Detectives Beebe, Kogianes and I that he was getting the psilocybin caramels from an individual by the name of Ammon Wilkinson of Provo, Utah. He stated that Wilkinson was receiving the caramels from an individual by the name of Aaron Struth of 904 Grant Avenue, Arcata, California. The CI stated that when Wilkinson needed more mushroom caramels, he would contact Struth and Struth would ship the caramels through the mail service to Wilkinson. The CI then would purchase the caramels from Wilkinson who in turn sold them to other people.

5. On March 1, 2006, at the direction of law enforcement, the CI ordered 200 of the psilocybin caramels from Wilkinson. On March 1, 2006, the CI informed Detective Beebe that Wilkinson had told him that Struth would ship the caramels to Wilkinson as soon

as $1000 had been deposited in Struth's Wells Fargo Bank account, account number 5916072892. Detective Beebe and I then went to the Wells Fargo on State Street in Orem, Utah, with the CI and had the CI deposit $1000 into the bank account.

6. On March 1, 2006, the CI contacted Detective Beebe and told him that Wilkinson had contacted him and said that "Aaron" was shipping the caramels via FEDEX to Wilkinson's work address in Springville, Utah, at 1478 North 150 East.

7. On March 2, 2006, I contacted the Orem FEDEX Security Office and asked Mark Brown to watch for a package with the names of Aaron Struth or Ammon Wilkinson and the addresses of 904 Grant Avenue, Arcata, California, and 1478 North 150 East, Springville, Utah.

8. On March 3, 2006, Detective Beebe reported that the CI had called and stated that a package addressed to Ammon Wilkinson had been delivered and that Wilkinson picked up the package from him. The CI stated the package went to 1450 South State Street Provo, Utah. The CI met with me and Detective Beebe and turned over the opened package which the CI claimed Ammon Wilkinson had opened. The package was from a James Stout, 904 Grant Avenue, Arcata, California, and was sent to Ammon Wilkinson at 1450 South State Street, Provo, Utah. The package contained newspaper packing from the Northern Humboldt Edition Tri-City Weekly.

4

There were also four packages of psilocybin caramels, with each package containing 50 caramels.

9. On March 9, 2006, myself and Detective Beebe had the CI make contact with Wilkinson. The CI told Wilkinson that he was almost out of the caramels and was wondering if "Aaron" was still around. Wilkinson stated that he had just talked with Aaron and "Aaron was good to go." Wilkinson told the CI that he would check with Aaron about having the CI put $1000 into Aaron's bank account Monday morning. The conversation between the CI and Wilkinson was tape recorded.

10. On March 13, 2006, Wilkinson contacted the CI and told the CI that he had been in touch with Aaron. Wilkinson said that Aaron planned to mail the package with the psilocybin mushrooms from California on Wednesday March 15, 2006, and then planned to fly to Utah on Saturday March 18, 2006, where he intended to pick up the money owed him.

11. I contacted Detective Kim Thompson of the Humboldt County Drug Task Force regarding Aaron Struth at 904 Grant Avenue, Arcata, California. Detective Thompson responded to that address and located a red Toyota Tacoma pickup truck was registered to an Aaron Struth. Detective Thompson indicated that the registration came back to an address on Pigeon Point Road where she had executed a drug search warrant approximately one year before. Detective Thompson has also obtained search

warrants for the 904 Grant Avenue address as well as Struth's person and vehicles in connection with this investigation.

_____
TIM CHARD, Special Agent
Immigration & Customs Enforcement

SUBSCRIBED AND SWORN TO BEFORE ME this 14 day of March, 2006.

_____
BROOKE C. WELLS
United States Magistrate Judge

APPROVED:

STEPHEN J. SORENSON
Acting United States Attorney

_____
VEDA M. TRAVIS
Assistant United States Attorney