PROB 22

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court)**
2:06-CR-00[illegible]

**DOCKET NUMBER (Rec. Court)**

| | |
|---|---|
| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**<br><br>Aaron Lee Struth<br>2201 Alliance Road, Apt. F<br>Arcata, CA 95521 | **DISTRICT**<br>District of Utah<br><br>**DIVISION**<br>Central<br><br>**NAME OF SENTENCING JUDGE**<br>Honorable Tena Campbell<br><br>**DATES OF SUPERVISION TERM**  FROM May 10, 2007   TO May 9, 2010 |

**OFFENSE**

Conspiracy to Distribute Psilocybin

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>CENTRAL</u> DISTRICT OF <u>UTAH</u>

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of <u>Northern District of California,</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

5-23-2007
Date

*Tena Campbell*
Honorable Tena Campbell
Chief United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

6-13-07
Effective Date

United States District Judge

WMS/lm